# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHAD ALBRIGHT,<br><br>                            Plaintiff,<br>vs.<br>CF MEDICAL, LLC, et al.<br>                           Defendants. | CASE NO. 19cv619-LAB (MSB)<br><br>**ORDER GRANTING JOINT MOTION TO DISMISS [Dkt. 7]** |

The parties' joint motion to dismiss is **GRANTED**. Dkt. 7. This action is **DISMISSED WITH PREJUDICE**, with each party to bear its own costs and fees. FRCP 41(a). The clerk is directed to close the case.

**IT IS SO ORDERED**.

Dated: June 6, 2019

*[signature]*

**HONORABLE LARRY ALAN BURNS**
Chief United States District Judge

- 1 -